UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                Petitioner,

v.

UNITED STATE OF AMERICA, et al.,

                Respondents.

CASE NO. 2:24-cv-00203-JHC-DWC

REPORT AND RECOMMENDATION

Noting Date: March 22, 2024

Petitioner John Robert Demos, Jr. has filed a proposed 28 U.S.C. § 2254 habeas petition. Dkts. 4, 4-1. Mr. Demos' petition appears to attempt to raise multiple grounds for relief related to his 1978 conviction. *See* Dkt. 4-1. However, Mr. Demos did not submit with his materials the requisite filing fee for this action. An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

As Mr. Demos has not submitted a filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be DIRECTED to administratively close this matter.

REPORT AND RECOMMENDATION - 1

| | |
|---|---|
| 1 | Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on March 22, 2024, as noted in the caption. |
| | Dated this 5th day of March, 2024. |

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2